**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Megan Connelly | : | |
| | : | |
| Debtor | : | Bankruptcy No.17-14818JKF |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/18/2017 and this case is hereby DISMISSED.

Date: August 7, 2017

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Attorney Disclosure Statement
Chapter 7 Income Form 122A-1
All Schedules
Statement of Financial Affairs
Summary of Assets and Liabilities B106